IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH A. SMITH,

    Plaintiff,          No. CIV S-10-2562 KJN (TEMP) P

  vs.

CMF STATE PRISON, et al.,

    Defendants.        ORDER

_____/

      By order filed November 19, 2010, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order. Plaintiff has consented to the magistrate judge's jurisdiction under 28 U.S.C. § 636(c).

      Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: January 13, 2011

                        KENDALL J. NEWMAN
                        UNITED STATES MAGISTRATE JUDGE

smit2562.fta

1